

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00238-CV

**CC&T ENTERPRISES, LLC**,
Appellant

v.

**THE TEXAS 1031 EXCHANGE COMPANY**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-484
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the final judgment of the trial court ordering appellant CC&T Enterprises, LLC take nothing on all of its claims from appellee The Texas 1031 Exchange Company is AFFIRMED. It is ORDERED that costs be assessed against appellant CC&T Enterprises, LLC.

SIGNED February 28, 2023.

_____
Irene Rios, Justice